

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00242-CV

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,
Appellant

v.

Kerry **DAVIS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI25122
Honorable Tina Torres, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is REVERSED AND REMANDED. Costs of appeal are taxed against the parties who incurred them.

SIGNED August 6, 2025.

_____
H. Todd McCray, Justice